# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ANTHONY MCNEILL, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE, )   **CASE NO. 5:12-CV-546-D**<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>      Defendant. ) | |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 27] is DENIED, and this action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 7, 2013,** WITH A COPY TO:

Rachel C. Lane (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)


<u>March 7, 2013</u>                          JULIE A. RICHARDS, Clerk
Date                                         Eastern District of North Carolina

                                                         <u>/s/Debby Sawyer</u>
                                                         (By) Deputy Clerk

Raleigh, North Carolina