IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-00546-D

| Anthony McNeill, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER APPROVING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

Upon consideration of the Motion of Rachel C. Lane, attorney for Anthony McNeill, Plaintiff in the above-captioned matter, and having considered any and all objections to said Motion, it is hereby

ORDERED that Plaintiff's attorney, Rachel C. Lane, is awarded attorney fees pursuant to 28 U.S.C. §2412(d) in the amount of $1,531.25 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

This __30__ day of June 2013.

James C. Dever III, Chief United States District Judge